UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAWRENCE STRINGER, | § § | |
| Plaintiff, | § § | |
| v. | § § | No. 10-cv-4993 |
| REDLINE RECOVERY SERVICES, LLC, | § § § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, LAWRENCE STRINGER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: January 27, 2011　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　By:  /s/ Michael S. Agruss

　　　　　　　　　　　　　　　　Michael S. Agruss
　　　　　　　　　　　　　　　　California State Bar Number: 259567
　　　　　　　　　　　　　　　　Krohn & Moss, Ltd.
　　　　　　　　　　　　　　　　10474 Santa Monica Blvd., Suite 401
　　　　　　　　　　　　　　　　Los Angeles, CA 90025
　　　　　　　　　　　　　　　　Tel: 323-988-2400 x235
　　　　　　　　　　　　　　　　Fax: 866-620-2956
　　　　　　　　　　　　　　　　magruss@consumerlawcenter.com
　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　LAWRENCE STRINGER

# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on January 27, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Michael S. Agruss
Michael S. Agruss