IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAWRENCE STINGER | § | |
| Plaintiff, | § § § | |
| versus | § § § | CIVIL. ACTION NO. H-10-4993 |
| REDLINE RECOVERY SERVICES, LLC. | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Settlement (Doc. #6) filed on January 27, 2011, this cause of action is DISMISSED with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED this 11th day of Feb., 2011, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE